**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

B.E.C.L., A MINOR, et al.,

Petitioners,

v.

RUBY HERNANDEZ, Federal Field Specialist, Office of Refugee Resettlement, *et al.*,

Respondents.

Case No. 2:26-cv-07272-FWS-DTB

**ORDER RE JOINT STIPULATION TO DISMISS WITHOUT PREJUDICE [33]**

Hon. Fred W. Slaughter

///

///

///

Having reviewed and considered the Joint Stipulation to Dismiss without Prejudice [33] ("Stipulation"), the files and records of the case, the applicable law, and for the good cause demonstrated in the Stipulation, the court **APPROVES** the Stipulation and **ORDERS** the following:

The above-captioned case is **DISMISSED WITHOUT PREJUDICE** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and each party shall bear its own costs, fees, and expenses.

**IT IS SO ORDERED**.

Dated: September 18, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE